IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Jonathan Lee Riches a/k/a
Bernard L. Madoff d/b/a
Bernie Madoff,
Plaintiff

**FILED**

2010 MAR -3 P 2:48

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY________DEPT. CLERK

CASE NO: 1:10-mc-10

V.

Alice in Wonderland; Mia Wasikowska; Tim Burton; Linda Woolverton; Johnny Depp; The Mad Hatter; Christopher Glover; The Knave of Hearts; Helena Bonham Carter; The Red Queen; Anne Hathaway; The white Queen; Matt Lucas; Tweedledee; Tweedledum; Michael Sheen; The white Rabbit; Bozo the clown; Willy Wonka; Captain Kangaroo; Charlie and the chocolate Factory,
Defendants

[Preliminary Injunction, Temporary Restraining order, TRO]
28 USC 1331

Comes Now, Jonathan Lee Riches a/k/a Bernard L. Madoff d/b/a Bernie Madoff, I face imminent danger and Bodily harm. The Defendants are in a mega conspiracy, So Giaganic, Noone can fathom what this Movie Alice in wonderland has ripped my life apart, ruined my hopes and dreams, and the Defendants caused me to commit Identity theft in Chattanooga and it grew into a National crime spree. Defendants are responsible for my current irrational Behaviors and negative thoughts. This goes way back in the 1980's while I was a little orphan in a wayward Boyhouse on Georgia Ave in Chattanooga. The House I stayed at with little Rascalls we all watched Alice in Wonderland in the VCR on VHS. I was hypnotized by the Alice in wonderland and so disturbed that the defendants caused me to commit a variety of crimes Since I was 14 Years old. The Defendants caused me to live a double life of Good and Bad when I was a teenager I was a Boy scout in the day but a computer hacker at night,

Case 1:10-mc-00010 Document 1 Filed 03/03/10 Page 1 of 6 PageID #: 1

and a house burgler in the wee hours of the morning. In the Afternoons I served hot soup at the United Way then by 4pm I called in a bomb threat to the Exton Square Mall, in Pennsylvania in 1996 and got arrested for it, this was because of the Defendants tweedle dee and tweedle dum. Look at my prison mug shot, I considered tweedledee and tweedledum my Idol where I dressed as them in osh-ma-gosh's and robbed Blockbuster video Stores in Tennessee on Johnny Depps credit card to get alice in wonderland Duds where I would Isolate myself in a rabbit hole next to the groundhog in Pennsylvania, and the movie got me so scared I was scared to come out to see my shadow. Inside my cubby hole, defendants caused me to live a Fantisy life, Defendant Tim Burton promised me a lead roll in the upcoming movie, I was going to be the "Jonny Depp of Identity theft" where I stole Alice's Identity and took willy wonka to wolly world. I'm so pist off right now because Alice aKA Mia Wasikowska was a prison pen pal of mine, I met her on craigslist massage service, she was suppose to have Anne Hathaways old Boyfriend use vatican money to come to the Federal Medical center in Beutiful Lexington Kentucky to give me a oil down, she promised to bail me out of Jail with her acting Salary, instead I seen Defendants Wasikowska, Hathaway and writer Woolverton snorting cocaine with Bozo the Clown at the Oscars and in Tinseltown Alleys and in the foothills of the Rockies drinking Coors. The Defendants killed my Step-father Patrick Swayze and threw him in golf hole #16 at the masters. The Defendants are only concered with Trivialities and don't have my best interests at heart. Now the Defendants are filming my torture, causing global warming. The Defendants forced me to get Nadya Suleman pregnant with 8 of my little children and 8 maids are milking 8 reindeer at 8pm on 8/8/8. Defendants enabled Carol Meyrowitz to assault me with a clothes hanger in a Tampa T.J. maxx. The Defendants stole my friend Adrian Pasdar who is not my hero anymore. The Defendants used my Ponzi money that I stole from Bank of America and Financed Alice in Wonderland. My mind is a wonderland Because of Defendants, they have me lost wondering in the Bermuda Triangle, The Knave of hearts took my Kellogs Pop-tarts on 6-6-6, and I was subjected to mercury poisoning and mer[illegible] by Johnny Depp [illegible]

Case 1:10-mc-00010 Document 1 Filed 03/03/10 Page 2 of 6 PageID #: 2

before chrysler went bankrupt because my Ponzi money financed their

operations inside my wonderland. Linda Woolverton promised to write and publish all of my lawsuits world wide if I promised to donate my kidney to her uncle and 3 of my toes to her one sister, If you google: "DR. Blood's orgy of organs" you will see the Defendants dug a hole in the fault line under Haiti and caused them a massaive earthquake, the Defendants killed a census Bureau employee in Kentucky and wrote that Jonathan Lee Riches is a Fed, this is defamation of my character, Alice in wonderland sodomized me in the Garden of Eden 1 B.C. in British Columbia with cartels present and Johnny Depp took my constitutional rights and passport and shipped them with Pirates of the carribean to Somolia to hold my rights for Ransom where Mel Gibson used a lethal weapon to rescue me in Black Hawk down. The Defendants are harboring Osama Bin Laden in their rabbit hole, and took my Good Luck rabbit tail and sold it on ebay. The Defendants have caused me the following symptoms and diseases due to watching all of the Defendants individually and collectively in hollywood movies during their career. I suffer from; Anxiety, mood swings on weekends, Lorena Bobbit stole oscar meyers from Kroger Grocery stores in 1994. Defendants caused me to get schizophrenia, spousal rape from my Great Grandmother, tax invasion when stack flew my Plane into the IRS Building in Austin, but Defendants told stack Personally to fly his Plane in G.W. Bush's crawford Ranch as a personal favor for Bono, Nancy Pelosi, Michael Moore and Kanye west because Kanye west told me he hates white people. Defendants caused me high Testosterone which caused me to watch cartoons like the hulk where I felt I had to break into Ft. Knox. Defendants made me commit Arson on my Gold Fish outside pepperidge farms next to dairy Queen with Prince. Defendants are storing ANabolic Steroids for Barry Bonds Along the San Andreas fault line. Defendants are in conspiricys with Mafia Texans, Mafia Bioengineeres and Mafia Deviants at the Democratic National convention in Philadelphia in 2000, while in Philly Defendants assaulted Bill Cosby on the cosby show and took Flavor Flav's teeth at a public enemy concert in Fairbanks Alaska, Reginald Denny stole my 18-wheeler truck on defendants orders and shipped secret DNA belonging to Charles Darwin and I'm a serial killer, I killed 6,264 cock roaches at FMC lexington with Sammy the Bull Gravano the mentor of my Aunt Anne who owns a Pretzel company established in 1918 during the Great Depression,

Defendants denied me a Psych evaluation at the mayo clinic because I eat mustard and I'm a lab rate case study at FMC lexington where I'm victimized by David Koresh teachings and Principal Joe clark locked the Fire doors drinking code Red mountain due. Defendants Plan to suicide my life hiring contract killer Parolee Jack Kevorkian Next Friday with Ice cube and Dee-bo took my Bike, Peewee's Bike and put it in the Alamo basement with the 3 amigos and Young guns pointed at my brain to fire cells, make me deliver Pizzas in Erie with wells and dance at studio 54 with Jon Benet Ramsey as my prom date, and mary lou, carrie, the Defendants personally killed the Notorious B.I.G in Snoop dogs Girls gone wild videos. Vaccom Qull is unconstitutional. Defendants turned Aileen Wuornos into a monster to Scare Crows, MRS. King and me. I was featured on a CNN Documentary title CNN Presents "How to rob a Bank". Defendants put machine guns in my mouth in the 1980's with Budd dwyer forced me to rob citibank in the country. I'm a victim to the Defendants verbal abuse and Pathology and Socialist feminism for dressing me as Andrea Yates to buy home Depot bath tubs at Bed, Bath and Beyond. Riggins V. nevada has caused me Social Problems, I roll in kitty litter on Mondays, tuesdays Ruby took my food gave to MRS. Butterworth on purpose to tap my head with maple syrup. Defendants have a moral and social responsibility to conduct themselves, their Pictures, and their minds to Focus not on me but for charitable deeds. Not to steal from the make-a-wish foundation during Ramadam and not to invest into Mark David chapman memorabilia on wikipedia.org were the Defendants and Yoko ono Sold Debbie Gibson albums and Defendants stole Toyota Gas peddles to drive my life crazy with Jeff Gordon making me sniff Dupont chemicals and Dutch Boy Paint, Alice in wonderland is part of the Charles Manson cult and the step son of sam and 18 year old Desiree washington raped me at a mike tyson fight in las vegas, she bit my ear on Defendants orders and prostituted for Harry Reid at the Sands resort with 2 live crew. Defendants Stole my Identity more then 767,162 times in 5 days alone during my work week doing community service with chris Brown after he beat me because I had Alzheimers that unknown Authorities in Asian costumes attacked me for being the 1994 writer of the violent crime control Bill and violated the bill of Rights because I'm a Iraqi citizen and a blackmailer to whites, I'm a virus code writer computer hacker who spread the mellisa virus on Defendants orders and caused me Digestive worms were defendants Forced me to sip Liquid Nitrogen and powder Ritalin. Defendants gave me laughing gas at Ronald Reagans funeral were a heroist, Patti Hearst gave me the

Syndrome. In 1997 Defendants sold nuclear weapons to Alexander Porgrebeshski and Alexander Danichev in miami for Sheikom Abdel-Rahman who shot my eye out with a red rider 66 gun watching Nelson Birdwell kill their parents in Allentown in Paul Allens Microsoft shanty. The Defendants were observed by me and McGruff take a Bite out of crime and give me forced plastic surgery where my ear lobes were detached and given to dumbo and I was abandoned during hurricane Katrina with John Locke Books my anal had sores and I was injected with Bubonic Plague which I worked in a Nazi Holocaust Starbucks serving Juan valdez because I was following Rules in the old testament because Miss Cleo took deserts and voodoo dolls from Haitians and now chili from chilians and I got hypoglycemia in my fingers and flat feet for walking on water because Defendants renamed me Moses for my sexual Appetite to eat cucumbers and Neurotransmitters at 50 cents candy shop with Gremlins, ALF, Gidget, and Harry and the Hendersons on 1/1/10. Humphrey Bogart was the enforcer on my torture in 1954 after Truman built I-95 through my head sucars beep horns in traffic Jam with Jelly, 4 pieces of toast, and a Ice glass of V-8 Engines running on Quaker State through Fidel castro motor oil, Gumtmy chin with Cubans. I money laundered Barack obama's Bailout Plan to hezbollah and my breast implants were cut out of Chest. Defendants caused me Partial Hysteria, abnormal Development in Back hair along with Acute Fright of Nuns in veils in Karachi Pakistan. I'm caught on Fantasy Island with wilson, Tom Hanks, and the Neurotic Breakdown of my Knees because Tonya Harding Busted them in a Boxing match. I'm a convicted Felon with 777 class C felonies because the Queens gambit 1 d4 d5 was my locker combination at the YMCA in hong Kong where I was imprisoned for dog impersinations. I was Approached by John Mark Karr in Bankock Palace selling cabbage patch dolls on Ebay for him, and at Lemonade Stands sponsered by country crock and Sarah Palin Sodomized me on defendants orders with Todd Palins snowmobile to fine tune it for summer monsoons and I blushed and had a idea to be the minister of Iceland to help battle Breast Cancer on Lance Armstrongs credit. The Defendants somehow are anti Semetic and have views with Barbara waters in the English Channel on channel O, channel perfume caused me multiple personality disorders. I got sentenced to death last week for sign language profanity to Stevie wonder in wonderland eating wonder Bread on 4/4/4, I'm the Boy wonder, the Batman of Tax Scams, Identity theft Robin. I was a USSR missle captain with DR. Evil on the U.S.S. Enterprise ... the FBI ... waterboard, my plank Jumping into the lockness Monsters Tonsils and I'm

lacking a understanding of my Manic disorder and I'm in need of the witness protection because I'm a victim to Racism and Delinquency, 48 laws of power, 36 chambers of the wu-tang, 5 golden rings, 12 dozen of eggs, and 99 Bottles of Beer on my wall in Kentucky Playing Basketball eating coco crispies. Defendants were not straightfoward and forthcoming in Revealing that they Killed Anna nichole smith. Johnny Depp told Edward Scissorhands to cut my Fingers so I dont shoplift at Saks 5 ave with wynona Ryder and my Social Behaviors are a by product of Greek Philosopher Aristotle, My Juvenile record in chester county Pennsylvania is so bad and rotten that It smells worse then BFI dumpsters. I was a Credit card Dumpster Diver for Angelina Jolie in the movie Hackers, I married her in the 1990's. See my Name "Jonny Lee", I added Riches as my last name after I stole Michael Milkens Junk Bonds for James Bond to buy Barry Bonds Juice and Bond out Sam Israel who Jumped off the Bridge, "Breakin through to the other side with Bourgeoisie Pelosi and Nancy Drew novels slammed in my head at a WWF match. Kimbo Slice v. verne minn. me. Defendants made my belly Ache on Expired Robitussin and I had a seizure which cause the Tsunami in Asia because I am the planet Earth, Nas said this is my world and the Comprehensive crime control Act of 1984 was written by George orwell and Kriminal polit. K made me draw picture pages with Cosby eating Pudding Pops, Kelloggs Corn Pop, Pop up videos of Nicholas Berg getting his head chopped by the Jewish Mossad in Dubai dressed as Andre aggasi and I had a Affair with Tiger woods At Augusta in 1997 with Fuzzy Zeller and Defendants did DNA fingerprinting to Bugs Bunny and Forcible rape on Jenna Jamison, I'm Guilty of enabling this behavior, but by reason of Insanity, I'm ParaNoid that Artificial sweeteners and Touchstone Pictures Forced me to Be Boss of the Gambinos from 1976 through 1999, I filled vending Machines for Planters Peanuts and Ray Patriarca is my Mothers New Boyfriend they met on Ehrmony.com, I met Alice in wonderland ON Godaddy.com, I'm a bulimic to inhalents and I digest my bowels, The Defendants stole my Nail Polish. I'm sick and tired of this mistreatment. I Face Danger, harm, Execution, persecution and I was forced to Botox Freon in my skull. This is unconstitutional, I need help badly and I move for a Restraining order Against the distrubution of this movie, The world does not need anymore Clones of Jonathan Lee Riches. All my civil rights are violated, I beg this court for help. I seek mental health treatment, I seek counseling. Defendants can afford to get me treatment, so I compel the courts to tell the Defendants to pay up. I'm dying, I'm Sick, so weak I can't write anymore, so I pray for relief.

Jonathan Lee Riches a/k/a Bernard L. Madoff

respectfully

[signature]

7-28-09

# 40948-018
Federal Medical center
P.O. Box 14500
lexington, KY 40512

859-255-6812